AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| FRANKFURT-TRUST Investment Luxemburg AG<br>*Plaintiff*<br>v.<br>United Technologies Corporation, et al.<br>*Defendant* | )<br>)<br>)  Case No. 1:17-cv-03570-JGK<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kapitalforeningen Lægernes Invest.

Date: 10/09/2017

s/ Jonathan Gardner
*Attorney's signature*

Jonathan Gardner
*Printed name and bar number*

Labaton Sucharow LLP
140 Broadway
New York, NY 10005
*Address*

jgardner@labaton.com
*E-mail address*

(212) 907-0700
*Telephone number*

(212) 818-0477
*FAX number*