UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FRANKFURT-TRUST INVESTMENT
LUXEMBURG AG, individually and on
Behalf of all others similarly situated,
                                  Plaintiff,

       -against-                              17 **CIVIL** 3570 (VM)

## JUDGMENT

UNITED TECHNOLOGIES CORP, et al.,
                               Defendants.
----------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 9/28/18

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 28, 2018, the renewed motion to dismiss filed by United Technologies Corp., Gregory Hayes, Akhil Johri, and Alain Bellemare to dismiss the second amended complaint in this case is GRANTED.

**Dated:**  New York, New York
           September 28, 2018

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                      BY:
                                              **Deputy Clerk**